# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: **1:20-cv-02388**

<u>GREGORY JOHNSON,</u>    Plaintiff

v.

<u>Ms. Carter dba Warden,</u>  Defendant(s)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2020

JEFFREY P. COLWELL
CLERK

<u>Notice and Response to Mr. Gallagher</u>

<u>dba Park Commissioner, Magistrate Judge</u>

I, Johnson Gregory comes in propria persona special appearance. I write you this derogatory letter in honor of GREGORY JOHNSON a legal entity, Government public policy states as such, "As to the inability of the corporate UNITED STATES to recognize and to work with any entity other than another artificial corporate type structure can be filed in the case which is known as S.C.R. 1795 Penhallow V. Doane's Administrators 3 U.S.54; 1 L.Ed. 57;3 Dall.54 As much as every government is an artificial person, An abstraction, and a creature of the mind only, a government can interface only with other artificial person the imaginary having neither actuality or substance is foreclosed from creating and obtaining parody with the tangible, the legal manifestation of this that no government as well as any law agency, aspect, court etc. Can concern itself with anything other than corporate artificial persons and contracts between them. The legality created fiction called the UNITED STATES is bankrupt and holds no lawful constitutionality mandated silver and gold coins to back up or pay their debts. Privately held and federally held gold coins and bullions in America were seized by the executive order of April 5th 1933 and paid to the creditors the private federal reserve bank corporation (FRB) under the terms of bankruptcy therefor the united states has no article of good standing to sue. Congress-- still meeting under executive-- confirmed this bankruptcy through the joint resolution to suspend the Gold Standard and abrogate the Gold Clause June 5th 1933 in H.J. Res. 192 73rd Congress 1st session public law 73-10 within this 1933 public law it states in part "Every provision contained in or made with respect to any obligation which purports to give the oblige a right to require payment in gold or a particular kind of coin currency , or an amount of money of the UNITED STATES measured thereby is declared to be against public policy.

In 1950, the corporate US declared bankruptcy a 2nd time whereby the secretary of treasury was appointed as "receiver" of the bankruptcy and the reorganization Plan NO.26 Title 5 USC 903, Public Law 94-564 Legislative history, Page. 5967. The only asset the UNITED STATES have in order to pay their bankruptcy debt since 1933 is the people themselves. If the UNITED STATES openly declared this, the

people would never allow them their laborers and futures to be collateral to this bankruptcy debt. Consequently, they legally pledge the future labors and tax revenue of the Americans, by and through the ALL CAPS fictional legal persons they have created, as collateral for credit to pay daily operational cost and ever-increasing debt. Sir let me put it like this to show you why I sent you a copy of UCC 1 financing statement, and assumed named certificate and standing of status and peace to the world and other relevant documents that I have also sent to Steven Muchin dba Secretary of Treasury.

## LEGAL PERSON V. THE LAWFUL BEING

Just who is the full cap person, i.e GREGORY JOHNSON? He is the legal fiction the government created to take the place of the real being i.e Johnson, Gregory the lawful name of birthright has been substituted by a legal fiction created by the government if the lawful christian name answers as the legal person the "two" are recognized as being one in the same. However, if the lawful being refuses to accept the legal fiction the two are separated therein lies a simple solution refusal by the lawful person to accept and answer for the legal person As a result of the federal government bankruptcy was their creation of a legal fiction known as THE UNITED STATES as part of their legal reorganization. Each state was also converted to their respective fictional legal person I.e THE STATE OF COLORADO. Legal fictions can create further legal fictions, such as corporations or any other fictional person easily identified by being written in All capital letters. All areas of government, including the purported courts of law, are currently authorized by, and operating as, legal fictions for example the 1st district court of THE STATE OF IDAHO or the UNITED STATES DISTRICT COURT can only recognize other legal persons. Therefore, lawful names are never entered into record or placed on indictments, presentments, etc. It has been substituted with the legal person written with ALL CAPS. Jurisdiction in such legal courts is only with other with legal fictions. The only jurisdiction a lawful can enter is a lawful constitutional court that is why I stated what court the suit is in? It is a constitutional court I know Judge Babcock that you can't recognize this court as a constitutional court I am giving you notice that is my main intent because under UCC-9-308, UCC-9-310 is were I request this same suit be heard so I filed this same suit in the Original Supreme Court not the one that was moved in 1948 I filed this suit with the United States District Court for the District of Columbia. The assumed name certificate from the secretary of state office in Minnesota plainly verified that I, Gregory of the family of Johnson a secured party creditor, holder in due course, and registered name holder for the corporation known as GREGORY JOHNSON is separate from me the flesh and blood man. And the UCC-1 Financing statement gives proof that the debtor is my collateral and all liabilities are attributed to the debtor, which because H.J.R 192 of 1933 I can discharge all of his debts through the receiver of the bankruptcy the United States Treasure Steven Muchin dba Secretary of US Treasury for Mr. Gallagher to say commerce has nothing to do with crime shows proof that this statement is fictional because if he read corporate private codes and statues Title 27 code of federal regulations section 72.11 and Title 26 of federal regulations 403.38 (d) (1) he will see that it states all crimes are revenue crimes which means that they can be satisfied with payment and or discharge of debt. As I state to you now and honor I accept for value and return for value all presentments and indictments. And I have discharged all liability's attributed to the debtor GREGORY JOHNSON. As I stated in the amendment if a man invokes a statue of the United States for his benefit and a judge goes against that man that judge becomes in violation of 62 Stat 696 (18 USC 242) which whoever under color of any law, statue, ordinance, regulation or custom willfully subjects any person in any state, territory, commonwealth, possession, or district to the deprivation of any right, privileges, or immunities secured or protected by the constitution or laws of the United States or to different

punishment pains or penalties, on account of such person being an alien or by reason of his or her color or race then are prescribed for the punishments of citizens shall be fined under this Title or imprisoned not more than one year or both. Now after I have served 17 yrs. as surety for the defendant. And now that I have full disclosure and have declared my standing of status along with other standing documents (see attachments) I have no doubt as to who GREGORY JOHNSON is and who Johnson, Gregory secured party creditor is not. I state for this court and I apologize for all past commercial dishonors on behalf of the defendant and plaintiff GREGORY JOHNSON. I now request to be released from bondage because I, a living man, have not committed any act against the State nor any injured party nor was Johnson, Gregory ever named in any indictment, presentment or commitment order I was tricked into being surety now that that has been corrected I request that the law prevails and I be released as requested. Judge Babcock there is evidence that there was never a controversy before the court initiate or a valid claim against the legal entity. I have asked where the proper notice is so I may deal with this on behalf of the defendant (debtor) and have received no response!

Because of ignorance and not having full disclosure of the contract neither did my parents have it. I was a surety for the legal fiction. I now have full disclosure and a security agreement with the legal entity with a name similar to mine I have filed and discharge all debts pertaining too case number #03-80758 and any debts attributed to him. I own nothing but I control everything pertaining to the ALL CAP Gregory Johnson. I am now aware contract between him and I and the birth certificate is proof of said contract. I now control and am CEO of that corporation to act on his behalf. Mr. Gallagher I recommend your oath of office because you swore to uphold the constitution and to protect its citizens. Officers of the law in their execution of the process are obliged to know the requirements of the law and if they mistake them whether through ignorance or design, and anyone is harm by their error they must respond in damages, Rosters V. Marshal (United states use of Rogers v conklin) I wall (US) 644,171 L.Ed. 714 (emphasis added) I am Gregory of the family Johnson a holder in due course a secured creditor an authorized representative for the all cap name debtor a legal entity I humbly request immediate release and all interest on the court bonds be returned to me! where is my check? the court made money off my arrest and to view the cusp report will show that court sold those bonds to private corporation for gain and because of that a united states constitution was violated the 5th amendment (Due process of law) I ask in closing these 4 questions what is your name?, Do you have a claim against me? Do you know anyone who has a claim against me? I request the order of the court be released to me immediately.

      Respectfully submitted, this 22nd day of October 2020

                                                       _____

                                                      Gregory Johnson  
                                                      FCI Florence  
                                                      PO Box 6000  
                                                      Florence, CO 81226

Authorized By:

<u>Gregory Johnson</u>

dba GREGORY JOHNSON

Chief Executive Officer

UCC-1 #20192034492

File #1187304800026

Secretary of State Steve Simon

Filed Date: October 20, 2020

<u>butchie@cybermate.site</u>

CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of this document today via First Class upon:

Clerk of Court

United States District Court

901 19th Street, Rm A105

Denver, Colorado 80294

October 22, 2020

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
*Minnesota Statutes, Chapter* 333

The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.



ASSUMED NAME: **GREGORY JOHNSON**

PRINCIPAL PLACE OF BUSINESS: **1125 Beatrice St  Detroit MI 48217 USA**

NAMEHOLDER(S):

Name:  
**Gregory Johnson**

Address:  
**1125 Beatrice St  Detroit MI 48217 USA**

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY: **Gregory Johnson, el, CEO**

MAILING ADDRESS: **None Provided**

EMAIL FOR OFFICIAL NOTICES: **butchie@cybermate.site**

**STATE OF COLORADO**
Department of State
1700 Broadway Suite 200
Denver, Colorado 80290



**Jena Griswold**
Secretary of State of the State of Colorado

# Search Report

This report reflects documents delivered on paper through 10/16/2020 and documents delivered electronically through 10/19/2020

## Search Criteria:
Debtor Name: Gregory Johnson
Normalized org. name: GREGORYJOHNSON

This report was created on : Monday, October 19, 2020 03:13:47 PM

**Record 1 of 1**
Record ID #: 20192034492
Record Type: UCC
File Date: 04/24/2019 09:21:32 AM
Filing office: Secretary of State
Lapse date:
A debtor named in the financing statement is a transmitting utility.

| Debtor: GREGORY JOHNSON | |
|---|---|
| Address 1: USP Florence | |
| Address 2: PO Box 6000 | |
| City: Florence     State: CO | Zip/Postal Code: 81226 |
| Province: | Country: United States |
| Comments: Added by: 20192034492 | |

| Secured Party: Johnson, Gregory | |
|---|---|
| Address 1: USP Florence | |
| Address 2: PO Box 6000 | |
| City: Florence     State: CO | Zip/Postal Code: 81226 |
| Province: | Country: United States |
| Comments: Added by: 20192034492 | |

| | Document # | File Date | Type |
|---|---|---|---|
| 1 | 20192034492 | 04/24/2019 | UCC financing statement |

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 04/24/2019 09:21:32 AM
Master ID: 20192034492
Validation Number: 20192034492
Amount: $8.00

### Debtor: (Organization)

Name: GREGORY JOHNSON
Address1: USP Florence
Address2: PO Box 6000
City: Florence        State: CO        ZIP/Postal Code: 81226
Province:              Country: United States

The debtor is a transmitting utility.

### Secured Party: (Individual)

Last name: Johnson        First name: Gregory        Middle name:        Suffix:
Address1: USP Florence
Address2: PO Box 6000
City: Florence        State: CO        ZIP/Postal Code: 81226
Province:              Country: United States

### Collateral

**Description:**
ALL LIALIBILITIES ATTRIBUTED TO DEBTOR

Page 1 of 1



**Work Item 1187304800026**
**Original File Number 1187304800026**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**10/19/2020 11:59 PM**

Steve Simon
Secretary of State

Deejay Johnson
FCI Florence
PO Box 6000
Florence, CO 81226

United States District Court
District Court of Colorado
Clerk of the Court
901 19th Street, Rm A105
Denver, CO 80294

7019 2970 0000 4638 2659

CERTIFIED MAIL






U.S. POSTAGE PAID
FCM LG ENV
CANON CITY, CO
81212
OCT 22, 20
AMOUNT
$4.75
R2303S104518-11